UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NICHOLAS J. STEBER,

        Defendant.

Case No. 19CR

[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

**Green Bay Division**

**19-CR-183**

---

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about September 18, 2017, in the State and Eastern District of Wisconsin and elsewhere,

**NICHOLAS J. STEBER**

knowingly and intentionally distributed a mixture and substance containing heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL:

███████████████

FOREPERSON

Dated: October 22nd, 2019

_____
MATTHEW D. KRUEGER
United States Attorney

1